**Bert FELTNER, movant, v. COMMON-WEALTH of Kentucky, opposed.**

Court of Appeals of Kentucky.

Feb. 6, 1953.

S. M. Ward and W. M. Melton, Hazard, for movant.

J. D. Buckman, Jr., Atty. Gen., and Walter Herdman, Asst. Atty. Gen., for opposed.

PER CURIAM.

A motion for an appeal from the Perry Circuit Court upon a conviction for keeping a disorderly house, with punishment assessed at a fine of $200 and ninety days in jail.

This case is distinguishable from the case of Baker v. Commonwealth, Ky., 252 S.W.2d 53, because the evidence supports the instructions given here.

Appeal denied. Judgment affirmed.